

# Missouri Court of Appeals
## Southern District

**JULY 2, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33216

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             DANNY J. PRALL, JR.,
             Defendant-Appellant.

2.    Case No.  SD33607

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             JEFFREY BARKER STONE,
             Defendant-Appellant.